JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CESAR O. QUEZADA,

          Petitioner,

          vs.

UNITED STATES OF AMERICA,

          Respondent.

)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. CV 12-08134 MMM
          CR 12-00208 MMM

JUDGMENT

On May 21, 2015, the court entered an order denying petitioner Cesar O. Quezada's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255.  Accordingly,

IT IS ORDERED AND ADJUDGED

1.      That Quezada's § 2255 motion be denied with prejudice; and

2.      That the action be, and it hereby is, dismissed.

DATED: May 21, 2015

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE